UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
421-A TENANTS ASSOCIATION INC.,
VINETTA SCRIVO, and RICHARD LEBED,
on behalf of themselves and all others similarly
situated,

Plaintiffs,

- against –

125 COURT STREET LLC, 194 ATLANTIC LLC,
TWO TREES MANAGEMENT CO. LLC, 30 MAIN
LLC, DW ASSOCIATES, LP, DAVID C. WALENTAS,
AND JED D. WALENTAS,

Defendants.
---------------------------------------------------------- X

JUDGMENT
17-cv-563(AMD)(SJB)

A Memorandum and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on November 2, 2017, granting the defendants' motion to dismiss; dismissing the plaintiffs' claims against Cobble Hill Mews LLC, 194 Atlantic LLC, as well as their state law claim for reformation of contract without prejudice; and dismissing the plaintiffs' claims against 125 Court Street LLC, Two Trees Management Co. LLC, 30 Main LLC, DW Associates, L.P., David Walentas, and Jed Walentas with prejudice; it is

ORDERED and ADJUDGED that the defendants' motion to dismiss is granted; that the plaintiffs' claims against Cobble Hill Mews LLC, 194 Atlantic LLC, as well as their state law claim for reformation of contract are dismissed without prejudice; and that the plaintiffs' claims against 125 Court Street LLC, Two Trees Management Co. LLC, 30 Main LLC, DW Associates, L.P., David Walentas, and Jed Walentas, are dismissed with prejudice.

Dated: Brooklyn, NY
November 3, 2017

Douglas C. Palmer
Clerk of Court

By: */s/Jalitza Poveda*________
Deputy Clerk